FILED
NOV 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

VERNON BONNER, )
# 06300-027 )
P.O. BOX 1000 )
DULUTH, MN 55814, )
           Plaintiff, )
VS. )
  )
SOCIAL SECURITY ADMINISTRATION )
6401 SECURITY BOULEVARD )
BALTIMORE, MD MD 21235, )    CASE NUMBER 1:06CV02051
  )
DEPARTMENT OF VETERANS AFFAIRS )    JUDGE: Emmet G. Sullivan
1800 G STREER, N.W., )
WASHINGTON, D.C. 20006, )    DECK TYPE: FOIA/Privacy Act
UNITED STATES ATTORNEYS )
600 EAST STREET, N.W., ROOM 7300 )    DATE STAMP: 11/30/2006
WASHINGTON, D.C. 20530, )
AND )
FEDERAL BUREAU OF INVESTIGATION )
F.B.I., BLVD., 935 PENNSYLVANIA AVE., )
WASHINGTON, D.C. 20535-0001, )
           DEFENDANTS. )

**COMPLAINT TO COMPEL PRODUCTION OF RECORDS PURSUANT TO 5 USCS § 552 FREEDOM OF INFORMATION ACT (FOIA)**

Now comes, Plaintiff, Vernon Bonner, Pro Se, not an attorney but a lay-person before this Honorable Court in the above Matter:

**JURISDICTION**

This federal Court has jurisdiction over this Matter.

**VENUE**

Venue lies in your district.

**PLAINTIFF**

Plaintiff, is a federal prisoner who was convicted in federal Court by a Jury for fraud. Certain reports and documents were withheld by the Government.

RECEIVED
NOV 09 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

**DEFENDANTS**

Defendants are the Social Security Administration (SSA), Department of Veterans Affairs (VA), United States Attorneys (USA), and Federal Bureau of Investigation (FBI). These Agencys have certain reports and documents that were withheld from the Plaintiff.

**STATEMENT OF FACTS**

I

SOCIAL SECURITY ADMINISTRATION (SSA)

**A.** On or about February 13, 2006 I Plaintiff, mailed a FOIA form to the Social Security Administration Office of Inspector General (SSA/OIG) for a copy of the "Chicago Social Security Fraud Investigation" (CSSFI) report[s]. Case File No. **C-98-00227-F**, by Special Agent Norene S. Williams, SSA/OIG. Agent Williams testified at Plaintiff trial, the Prosecutors and Agent Williams never gave the defense the "CSSFI" reports.

**B.** Requesting reports of Private Investigators and Government Investigators.

**C.** On or about March 20, 2006 I Plaintiff, remailed a copy of the FOIA form to the "SSA/OIG."

**D.** On or about March 27, 2006 I Plaintiff, received a letter from the "SSA/OIG" related to the "CSSFI" reports and documents that I Plaintiff had requested. Mr. Peter W. Johnson staff attorney for the Office of the Chief Counsel to the Inspector General informed me that he Mr. Johnson would send the "Bonners" both of the "CSSFI" reports and that they needed Maria Magana-Bonner signature for approval.

**E.** On or about April 2006 Maria and I mailed an Affidavit to staff attorney Mr. Johnson with our signature to send the "CSSFI" reports to the "Bonners."

**F.** On or about September 26, 2006 I Plaintiff, mailed a letter to "SSA/OIG" staff attorney Mr. Johnson informing him that the "Bonners" have not received the "CSSFI" reports.

II

**DEPARTMENT OF VETERANS AFFAIRS (VA)**

**A.** On or about February 20, 2006 I Plaintiff, mailed a FOIA form request to the "Department of Veterans Affairs Office of Inspector General (VA/OIG) for a copy of the "Veterans Affairs Fraud Investigation" report[s]. Case File No. **24-896-511-10**, by Special Agent Brian Penton. Agent Penton testified at Plaintiff trial, this report was never given to Plaintiff by Prosecutor or Agent Penton.

**B.** A copy of the FOIA request form was also mailed to the "VA" in Washington, D.C., on or about February 24, 2006.

**C.** On or about April 17, 2006 I Plaintiff, received a letter from the "VA" Mr. Lawrence J. Timko, Director of Opperational Support Division in Washington, DC.

**D.** On or about October 10, 2006 I Plaintiff, mailed a letter to Mr. Timko, informing him that I have not received the Investigation report[s] that I had requested.

III

**UNITED STATES ATTORNEYS (USA)**

**A.** On or about February 20, 2006 I Plaintiff, mailed a FOIA request form to the United States Attorneys (USA) requesting the "Veterans Affairs Fraud Investigation" report[s], Case File No. **24-896-511-10**, Special Agent Brian Penton testified at Plaintiff trial.

**B.** Any and all telephone records.

**C.** Requesting names of all Private Investigators and Government Investigators and their reports.

D. On or about October 16, 2006 I Plaintiff, mailed a Letter to the "USA" informing you that I have not received the reports and documents that I requested to Mr. Stewart II.

E. On or about October 20, 2006 I Plaintiff, received a letter from Mr. William G. Stewart II, USA office concerning Northern District of Indiana that their are no records.

F. On or about October 23, 2006 I Plaintiff, mailed a letter Appealing Mr. Stewart II decision concerning this Matter.

## IV
**FEDERAL BUREAU OF INVESTIGATION (FBI)**

A. On or about February 17, 2006 I Plaintiff, mailed a FOIA request form to the FBI requesting a copy of the Investigation report[s] and documents.

B. Requesting reports of Ron Carver, FBI Agent.

C. Requesting reports of Special Agent Norene S. Williams. SSA/OIG.

D. Reports on Virginia Bonner from the Country of Mexico and Diego Magana from the Country of Gautemala.

E. Requesting names of Private Investigators and Government Investigators and their reports concerning this case.

F. On or about April 18, 2006 Plaintiff received a letter from the FBI Mr. David M. Hardy.

G. On or about October 16, 2006 I Plaintiff, mailed a letter to the FBI, Mr. D. M. Hardy informing him that I have not received the report[s] and documents that I requested.

**WHEREFORE,** Plaintiff prays that the Court will GRANT him production of the requested reports and documents.

Under penalty of perjury the above is true and correct to the best of my belief and knowledge, 28 USCA § 1746.

Respectfully submitted,

Dated: 11-02-06

Vernon Bonner, # 06300-027
P.O. Box 1000, Duluth, MN 55814

-4-

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
VERNON BONNER

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se

## DEFENDANTS
SSA, ETAL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT...

CASE NUMBER 1:06CV02051
JUDGE: Emmet G. Sullivan
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 11/30/2006

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 06300-027

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND ...

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552  F.O.I.A.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 11.30.06   SIGNATURE OF ATTORNEY OF RECORD 

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.