RECEIVED
DEC 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VERNON BONNER and MARIA MAGANA-BONNER, )<br>    Plaintiffs, )<br>vs. )<br>SOCIAL SECURITY ADMINISTRATION et al., )<br>    Defendants. )<br>) | Civil Action No. 06 2051 EGS |

**MARIA MAGANA-BONNER WOULD LIKE TO-BE ADDED AS A PLAINTIFF**

Now comes Maria Magana-Bonner, Pro Se before this Court in the above Matter. Mrs. Bonner was a co-defendant at trial and would like to be added as a Plaintiff. The Government withheld exculpatory evidence in the "Bonners" trial the "Chicago Social Security Fraud Investigation" reports, Case File No. **C-98-00227-F** by Special Agent Norene S. Williams, SSA/OIG.

Under penalty of perjury the above is true and correct to the best of my belief, 28 USCA § 1746.

Respectfully submitted,

_/s/ Maria Magana Bonner_ & _/s/ VB_
Maria Magana-Bonner, Pro Se & Vernon Bonner, Pro Se

5072 Carolina Street
Gary Indiana 46409                                    Dated: December 14, 2006