*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| *VERNON BONNER,* ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| *v.* ) | *Civil Action No.  06-2051 (EGS)* |
| ) | |
| *SOCIAL SECURITY ADMINISTRATION,* ) | |
| *et al.,* ) | |
| ) | |
| *Defendant .* ) | |
| _____ ) | |

*DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME*

Defendant, through undersigned counsel, respectfully moves for an enlargement of time, to and including February 21, 2007, within which to answer, move or otherwise respond to the Complaint in the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.   In support of this motion, defendant states the following:

1.  This FOIA case involves records plaintiff requested from the Social Security Administration, the Department of Veterans Affairs, the Executive Office for United States Attorneys, and the Federal Bureau of Investigation.  Although the summons accompanying the Complaint in this case stated that the answer would be due 60 days from the date of service (here, February 5th), in the Complaint, plaintiff explicitly cites to a request made pursuant to the FOIA. Under the terms of the FOIA statute, the Answer to the Complaint would be due on January 4, 2007.

2.  Undersigned counsel requests this enlargement of time in order to provide time to obtain information regarding plaintiff's FOIA request to the several agencies named in the Complaint and to form a response based on that information.  Due to the intervening holidays and the absences of employees who were or continue to be on leave, the undersigned has not had an opportunity to fully investigate the background of this case or to obtain the information necessary to Answer the Complaint.  Neither has counsel been able to learn whether the agencies have completed processing the plaintiff's FOIA request or, if not, when they each anticipates that they may do so.  After obtaining this information, counsel will better know whether defendants may file a dispositive motion in response to the Complaint, or propose a briefing schedule to resolve this matter.

4.  Undersigned counsel also has had several competing demands on her schedule over the past few weeks.  Specifically, counsel was out of the office for parts of the month of December and early January.  Counsel, who also has the responsibility for supervising the U.S. Attorney's Office's preparation of briefs in response to petitions for review in the various courts of appeals challenging final orders of removal in immigration matters, had a particularly heavy number of such petitions occupying her attention in December and has an additional six such petitions to prepare or review in January.  Counsel also has four other cases requiring Answers falling due in February.

5.  This is defendant's first enlargement of time in this case.  Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendant therefore has not obtained his position as to the relief requested.

A proposed order granting the relief requested accompanies this motion.

WHEREFORE, Defendant respectfully requests that this motion be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney
/s/


RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE


I CERTIFY that on January 4, 2007, plaintiff was served with a copy of the

foregoing Motion for Enlargement of Time via first-class mail postage prepaid and

addressed:


Vernon Bonner
#06300-027
P.O. Box 1000
Duluth, MN   55814


_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135

*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| *VERNON BONNER,* | ) |
| | ) |
|        *Plaintiff,* | ) |
| | ) |
|        *v.* | )   *Civil Action No.  06-2051 (EGS)* |
| | ) |
| *SOCIAL SECURITY ADMINISTRATION,* | ) |
|  *et al.,* | ) |
| | ) |
|        *Defendant .* | ) |
| _____ | ) |

P R O P O S E D    O R D E R

UPON CONSIDERATION of defendant's motion for enlargement of time, any

response thereto, and the record in this case, it is this _____ day of _____,

2007

ORDERED that the motion should be, and hereby is, GRANTED, and it is further

ORDERED that the defendant shall have to and including February 21, 2007

within which to answer, move, or otherwise respond to the Complaint in this case.


_____
UNITED STATES DISTRICT JUDGE