**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of **Columbia** _____

TO: Social Security Administration
6401 Security Blvd.
Baltimore, MD 21235

Civil Action, File Number **06-2051 EGS**

**K Vernon Bonner**

V.

**Social Security Administration, et la**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the ...documents were sent. If you fail to do so, judgment by default will be taken against you for the

06-2051    FRT    12-5-06

...pt of Summons and Complaint By Mail was

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Social Security Admin.
6401 Security Blvd.
Baltimore, MD 21235

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
SOCIAL SECURITY ADMINISTRATION
BALTIMORE, MARYLAND 21235
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DEC 0 7 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7004 1160 0004 4136 8625

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

...SMS Official)

...D COMPLAINT

...complaint in the above captioned manner at

...ber and Street Name or P.O. Box No.

...and Zip Code

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

USMS District Suspense