RECEIVED
FEB 0 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VERNON BONNER AND MARIA MAGANA-BONNER, Plaintiffs, | ) | |
| VS. | ) | Civil No. 06 - 2051 |
| DEPARTMENT OF STATES, 2201 C STREET, N.W. WASHINGTON, D.C. 20520, Defendants, et al. | ) ) ) | Judge Sullivan |

**PLAINTIFF[S] MOTION TO ADD DEFENDANT THE DEPARTMENT OF STATE (DOS) PURSUANT TO TITLE 28 USCA RULE 15**

Now comes Vernon Bonner, Pro Se before this Court in the above matter asking for permission to add a Defandent:

1. Plaintiff Vernon Bonner mailed to the Department of State (DOS) a[n] Freedom of Information Act (FOIA) form on or about January 16, 2007.

2. The "DOS" has not responded within twenty (20) days as required.

3. Plaintiff wish to add the Department of State (DOS) as a[n] Defendant.

Under penalty of perjury the above is true and correct to the best of my belief, 28 USCA Sec. 1746.

Respectfully submitted,

Vernon Bonner, # 06300027
Dorm 208-103, FPC
P.O. Box 1000
DuLuth, MN 55814.1000

Dated: February 6, 2007