IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON BONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-CV-02051-EGS |
| SOCIAL SECURITY ) | |
| ADMINISTRATION, et al., ) | |
| ) | |
| Defendants. ) | |

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants, through their undersigned counsel, respectfully move for an enlargement of time of one business day within which to file their answer in the above-captioned case. In support of this motion, defendants state the following:

The answer in this matter was presently due on February 21, 2007. Undersigned counsel completed the answer, served it on plaintiff via first-class mail, and undertook the steps to file it electronically on February 21, 2007. However, today, counsel learned that the answer did not show up on the Court's docket indicating that the process of electronic filing did not execute properly. Further inquiry indicates that the fault in execution originated at counsel's end of the transaction.

Plaintiff will not be prejudiced by this enlargement as he was served with a copy of the Answer by first-class mail on February 21, 2007. Nor will granting this motion delay proceedings in the case. It is defendants' intention to file with the Court a schedule for a dispositive motion in the near future after undersigned counsel has confirmed when each agency would be able to finish preparing necessary declarations.

Counsel has not conferred with the plaintiff, who is incarcerated and proceeding pro se.

WHEREFORE, for the above reasons, defendants respectfully request that this motion be granted.

        Respectfully submitted,
           /s/
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney
           /s/

        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

          /s/
        MADELYN E. JOHNSON, DC Bar #292318
        Assistant United States Attorney
        U.S. Attorney's Office, Rm  E4114
        555 4th Street, N.W.
        Washington, D.C.  20530
        *(202) 514-7135*

CERTIFICATE OF SERVICE

     I CERTIFY that on February 22, 2007, plaintiff was served with a copy of the foregoing Answer via first-class mail postage prepaid and addressed:

Vernon Bonner
#06300-027
P.O. Box 1000
Duluth, MN   55814

                                _____/s/_____
                                Madelyn E. Johnson
                                Assistant U.S. Attorney
                                555 4th Street, N.W., Rm. E4114
                                Washington, D. C.  20530
                                (202) 514-7135