**RECEIVED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

VERNON BONNER,               )
    PLAINTIFF,           )
                  )
V.                           )          Civil Action No. 06-CV-02051-EGS
                  )
SOCIAL SECURITY ADMINISTRATION, et al.,  )
    defendants.          )

PLAINTIFF[S] RESPONSE TO DEFENDANTS MOTION TO COMPEL PRODUCTION OF RECORDS
PURSUANT TO 5 U.S.C. § 552 FREEDOM OF INFORMATION ACT (FOIA)

    Now comes Plaintiff[s] Vernon Bonner before this Court in the above matter
to compel production of records pursuant to 5 U.S.C. Sec. 552 Freedom of
Information Act (FOIA) filed on November 30, 2006, upon information and belief
as follows:

    PLAINTIFF RESPONSE TO FIRST AFFIRMATIVE DEFENSE OF DEFENDANTS

The Complaint filed by Plaintiff does state a claim upon which relief can and
should be granted.

    PLAINTIFF RESPONSE TO SECOND AFFIRMATIVE DEFENSE OF DEFENDANTS

The FBI and EOUSA are proper party to Plaintiff action.  The proper party are
the FBI and EOUSA pursuant to 5 U.S.C. § 552(f)(1)(2) does apply.  The FBI
FOIA Request No. 1044401, and EOUSA FOIA Request No. 06-1704 did reply after
twenty (20) days to Plaintiff FOIA request.

    PLAINTIFF RESPONSE TO THIRD AFFIRMATIVE DEFENSE OF DEFENDANTS

Plaintiff has not failed to exhaust his administrative remedies.  The defend-
ants failed to respond to Plaintiff FOIA request within the twenty days of the
FOIA request.

    PLAINTIFF RESPONSE TO FOURTH AFFIRMATIVE DEFENSE OF DEFENDANTS

Plaintiff says that the defendants have not properly responded to Plaintiff Com-
plaint as set forth below.

JURISDICTION

This Court has Jurisdiction to which an answer is required, but insofar as an answer is deemed to be required by defendants.

VENUE

Venue is in the District of Columbia to which an answer is required, but insofar as an answer is deemed to be required by defendants.

PLAINTIFF

Defendants have sufficient knowledge to form a belief as to the truth in this paragraph. Defendants improperly and knownly withheld exculpatory evidence.

DEFENDANTS

Plaintiff agrees with defendants that SSA and VA are proper defendants; and disagree that EOUSA and FBI are not proper defendants. The defendants have misunderstood 5 U.S.C. § 552(f)(1)(2) it does apply. Do not deny the second sentence.


STATEMENT OF FACTS

I. Social Security Administration (SSA)

A. Defendant SSA have sufficient knowledge as to the truth of Plaintiff FOIA form request mailed to SSA. Defendant SSA have sufficient knowledge to form a belief as to truth of Plaintiff FOIA request to SSA, and therefore the second sentence cannot be denied. See Exhibits (Ex.) Ex. 1 to 9.

B. Defendant SSA admits that by a FOIA form dated February 13, 2006 Plaintiff requested certain records pursuant to the FOIA and Privacy Act, Plaintiff agrees.

C. Defendant SSA have sufficient knowledge to form a belief as to truth in this paragraph. Defendant SSA admits that by a form dated February 13, 2006 Plaintiff requested certain records pursuant to the FOIA and Privacy Act. See Ex. 1.

D. Defendant SSA have Sufficient knowledge to form a belief as to the truth of Plaintiff request in the first sentence; defendant SSA by letter dated March 27, 2006 agrees that they SSA have the "Chicago Social Security Fraud Investigation" Reports of Maria Magana-Bonner and Vernon Bonner, and upon Maria signature SSA would send the Bonners a copy of both files. See Ex. 2 to 4.

2

E.  Defendant SSA have sufficient knowledge in this paragraph and other infor-
mation and letter dated April 5, 2006 that Maria Magana-Bonner authorized the
SSA to release information about her to husband Vernon Bonner vis-a-vis; letter
from SSA dated October 24, 2006 (Refer to: S9H: PN0483). See Ex. 4 to 9.

F.  Defendant SSA have sufficient knowledge to form a belief as to truth in this
paragraph; defendant SSA most likely did receive a letter dated on or about Sep-
tember 26, 2006.  See Ex.,9.

G.  Plaintiff Mr. Bonner Statement:  The Government withheld exculpatory evidence
the "CHICAGO SOCIAL SECURITY FRAUD INVESTIGATION" (CSSFI) REPORTS, Case File #
C-98-00227-F, a 200 page Report, Bate Stamp Numbers (BSN) 000201-000400 by Special
Agent Norene S. Williams, SSA/OIG; Court Case # 01-CR-670-2.  This exculpatory
evidence was never given to the Defense Mr. Fennerty and Mr. Edwards our trial at-
torneys before trial during trial and after our conviction and sentence.  Also
there is another Report (See SSA leter dated March 27, 2006) 'CSSFI' on Maria
Magana-Bonner that has not been given to the Bonners.  Mr. Bonner received the
'CSSFI' Report anonymously after the Bonners conviction and sentence.  The FOIA
Reports that SSA sent Mr. Bonner on or about October 24, 2006 have no Bate Stamp
Numbers and seemed to have been Cherry-Picked by the Government. See Ex. 5 to 8
& 25 & 31.

   II.  Department of Veterans Affairs (VA)
A.-C.  Department VA have sufficient knowledge to form a belief as to the truth
of Plaintiff mailing a FOIA form request to the VA.  Defendant VA admits to re-
ceipt on March 27, 2006 of a FOIA form request, dated February 20, 2006.
Defendant VA admits that there is a Case  File # 24-896-511-10 assigned to Spe-
cial Agent Bryant D. Penton, VA/OIG.  Court Case # 2:00-CR-55-1, Hammond, Ind.
Defendant VA have sufficient knowledge to form a belief as to the truth of the
second second.  See Ex., 10 to 16.
D.  Defendant VA Have sufficient knowledge to form a belief as to when Plaintiff
mailed a letter to Mr. Timko.  Defendant admits receipt on October 24, 2006 of a
letter from Plaintiff dated October 9, 2006.  See Ex., 14.

VA

E. Plaintiff Mr. Bonner Statement: Plaintiff upon information and belief that the Government withheld evidence the Official "VA Fraud Investigation" Report Case File # 24-896-511-10, Court Case # 2:00-CR-55-1, Hammond, Indiana by Special Agent Bryant D. Penton, VA/OIG who testified at trial. There was an Official "VA Fraud Investigation" Report Agent Penton, VA/OIG spoke to Agent Williams, SSA/OIG saying Mr. Bonner was being investigated Bate Stamp Number 000220 dated January 16, 1998. The Bate Stamp Number Mr. Bonner has 00022 and 000127 where did the Bate Stamp Numbers start and where did they end? These Bate Stamp Numbers are out of order; the Offficial VA Report seemed to have been Cherry-Picked, Mr. Bonner was never given the Report. See Ex. 11 to 13 & 15 & 16.


III. Executive Office for U.S. Attorney (USA)

A. Defendant EOUSA have have sufficient knowledge to form a belief as to when Plaintiff mailed his FOIA form request to EOUSA, who admits receipt of a FOIA form request from Plaintiff. Defendant EOUSA have sufficient knowledge to form a belief as to the balance of this paragraph. See Ex., 17 to 23.

B.&C. Defendant EOUSA admits receipt of FOIA. See Ex. 18.
D. Defendant EOUSA have sufficient knowledge to form a belief of the truth in this paragraph. See 18 to 20 & 23.

E. Defendant EOUSA have sufficient knowledge as to when Plaintiff may have received the FOIA response from EOUSA; defendant EOUSA admits mailing Plaintiff the decision. See Ex., 19 to 20.

F. Defendant EOUSA have sufficient knowledge to form a belief as to the truth in this paragraph, Plaintiff did mail an appeal. See Ex., 21 to 22 & 31.

G. Plaintiff Mr. Bonner Statement: (A) The defendant United States Attorney(USA) withheld exculpatory evidence the "CHICAGO SOCIAL SECURITY FRAUD INVESTIGATION" Reports, Case File # C-98-00227-F, by Special Agent Norene S. Williams, SSA/OIG; Court Case # 01-CR-670-2, Agent Williams testified at the Bonners trial. Mr. Bonner did request an investigation of AUSA Chanen and AUSA Chang for withholding evidence. See Ex. 5 to 8; 17 & 23; 25-26 & 31.

EOUSA

(H)  The defendant United States Attorney(USA) also withheld evidence the "Veteran
Affairs Fraud Investigation" Report, Case File # 24-896-511-10, by Special Agent
Bryant D. Penton, VA/OIG; Court Case # 2:00-CR-55-1, Agent Penton testified at Mr.
Bonner trial in Hammond, Indiana.  The Official VA investigation Report was Cherry-
Picked by the Government Mr. Bonner was not given the full report; the Bate Stamp
Numbers are not complete and out of order they don't match.  See Ex., 12 to 16.


    IV.    Federal Bureau of Investigation (FBI)

A.-E.:  Plaintiff and FBI do admit that a FOIA form request was received by the
Chicago Field Office dated February 17, 2006.  Defendant FBI admits Plaintiff did
request:  (a) "CHICAGO SOCIAL SECURITY FRAUD INVESTIGATION" a 200 page report
starting at Bates Stamp Number 000201-000400, Case File # C-98-00227-F; this Re-
port was not  given to the Bonners defense Mr. Fennerty and Mr. Edwards by the
AUSA Chanen, AUSA Chang, Agent Williams,SSA/OIG and Carver, FBI;  (b) Agent Ron
Carver, FBI and Special Agent Norene S. Williams, SSA/OIG/OI both testified at
the Bonners trial in Chicago, Illinois; Court Case # 01-CR-670-2; (c) Reports from
United States Embassy in MEXICO, for the Birth Certificate of "VIRGINIA BONNER"
name on Birth Certificate as the Father "VERNON BONNER" Agent Carver, FBI and
other Government witnesses testified that "VIRGINIA BONNER and DIEGO MAGANA" do
not **exist,** therefore no signature is necessary for "VIRGINIA BONNER and DIEGO
MAGANA" the Government stated in its indictment the Children do not **exist;**
(d)-(e) Plaintiff agrees with defendants that Plaintiff requested names of Pri-
vate & Government Investigators(Court Case # 2:00-CR-55-1 and 01-CR-670-2) and
Reports concerning both these cases refer to FOIA dated 2-17-2006 and remailed
on or about 3-01-2006.  See Ex., 24 to 31.

F.  Defendant cannot deny.  Defendant admit that by letter dated 4-18-2006 from
FBI Headquarters to Plaintiff admit.  Plaintiff was assigned FOIPA Request # 10-
444021 and FOIA Request # 1065488- 000 dated 12-20-2006. See Ex., 24 & 28 to 31.

G.  Defendant does admit.

    Plaintiff's Prayer for Relief to which an answer is required, but insofar as
an answer may be required, Plaintiff's is entitle to the relief request or to any
other relief.

    **WHEREFORE,** Plaintiff's pray for an order: (1) Granting Plaintiff's request for
relief; and (2) for such other relief as the Court deems just and proper.

    Respectfully Submitted,              Dated: March 7, 2007
    Vernon Bonner, # 06300-027: Under Penalty of Perjury, 28 USCA § 1746

# CERTIFICATE OF SERVICE

FOIA

I certify, under penalty of perjury, that I have today placed a copy of the attached document(s) into an envelope and deposited the same, with first-class postage affixed thereto, into the mailbox provided for the mailing of legal and special mail, located within the Federal Prison Camp, Duluth, Minnesota. The envelope is addressed to the following person(s) at the address(s) following their name(s) below:

Dated: 3-07-2007    Signature: _____

Print Name: Vernon Bonner

Reg. No.: 06300-027

Dorm: 208    Room: 103

P.O. Box 1000

Federal Prison Camp

Duluth, MN 55814

Madelyn E. Johnson, DC Bar #292318
Assistant U.S. Attorney
Room E. 4114
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7135 (For Defendants)

CIVIL ACTION # 06- 2051 - EGS

EXHIBITS (Ex.) 1 TO 31

LEGAL MAIL.

Mailed: 2-13-06

OFFICE OF THE INSPECTOR GENERAL
OFFICE OF THE INVESTIGATION
Social Security Administration
200 West Adams, Suite 2951
CHICAGO, IL. 60606

Bonnet; 06300027
Federalprisoncamp
Dorm 208-103
P.O. Box 1000
Duluth, MN 55814.1000



# FREEDOM OF INFORMATION ACT PURSUAL
# REQUEST FOR INFORMATION

DATE: February 13, 2006
AGENCY: OFFICE OF THE INSPECTOR GENERAL / OFFICE OF INVESTIGATION/ Social Security Administration
ADDRESS: 200 West Adams, Suite 2951
CITY, STATE  CHICAGO, IL 60606

Dear Agency Official:

As pursuant to U.S.C. 55552 of FOIA, and U.S.C. 55552(a) Privacy Act, I herein make a formal request for copies of all requested reasonably identifiable records as are listed in this request.

## IDENTIFYING PERSONAL INFORMATION

NAME: Vernon Bonner & Maria Magsas-Bonner
ADDRESS: P.O. Box 1000; FPC; Dorm 208-103
CITY, STATE, ZIP: Duluth, MN 55814.1000
BIRTHDATE: Vernon April 1, 1950/ Maria April 25, 1952
BIRTHPLACE: Vernon St.Louis, MO / Maria, Mexico
SOCIAL SECURITY NUMBER: Vernon, 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/Maria 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
FBI NUMBER: Of File No. C-98-00327-9
MARSHAL'S SERVICE NUMBER: Unknown

I am a prisoner in the Federal Prison Camp of the Bureau of Prisons, and by funds for paying copy costs are quite limited, Recognizing the fees listed in U.S.C. 5 5552 (4)(A)(III), I request copies be made and sent to me as quickly as possible, understanding no fees will be charged if less than two hours search time, or less than 100 copies are made, as pursuant to U.S.C. 5552(iv)(II).

If your agency requires a certain form for Freedom Of Information Act Request, please send an official copy of said form, as is the prison camp does not have access to Federal Procedural Forms, L. Edition. And if said request requires notarization by your agency, please advise as we as quickly as possible.

## REASONABLY IDENTIFIABLE RECORD

Under The Freedom of Information Act, all agencies, as identified as such within Section 552, must make available to the public any and all records requested, with the exception of those which are exempted by agency rule and by statute. The Act is to be broadly construed in favor of disclosure and its exemptions are to be narrowly construed,

as set forth in Ande
907 F.2d 935, C.A.
to generate a reason
copies a record that
the requested docum
is not, except by st
C.A.D.C., cert deni

REASON

"Chicago Social Sec
ing at Bates Stamp

Special Agent Moreno

Assistant Special Ag

Any and all informat

reports concerning t

Private Investigator

We would like this

a Brady v. Maryland

(957).6 Crimes V.

Mail address for

Maria Magsas-Bonn

P.O. Box 1 Ald

Ex. 1

September 26, 2006

Mr. Peter W. Johnson

Social Security Administration

Room 3-ME-1

6401 Security Boulevard

Baltimore, MD 21235

Re: "Chicago Social Security Fraud Investigation" Reports (CSSFI).

Dear Mr. Johnson:

As of this date 9-26-06 the "Bonners" have not received the "CSSFI Reports" File No. C-98-00227-F. I would like a status update. Maria Magaña-Bonner SS# 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; Vernon Bonner SS# 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.

Yours truly

VB

Vernon Bonner
#06300 027
P.O. Box 1000; FPC
Duluth, MN 55814

PS: see attached "SSA" letter dated 3-27-06.

CC: Mrs. Bonner

Bonner, Vernon
#06300 027
Dorm 211-209
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

Mailed: 9-26-06

Ex. 3

Mr. Peter W. Johnson, Esq.
Social Security Administration
Room 3-ME-1
6401 Security Boulevard
Baltimore, MD 21235-0001

---

# SOCIAL SECURITY

N RECEIPT REQUESTED

reedom of Information Act request you sent to the Social Security
osure Policy, dated February 13, 2006.

nd all information, along with all reports, for both yourself as well as your
lated to the "Chicago Social Security Fraud Investigation." Please note
ested information for Maria, in order to accommodate your request we
, indicating her authorization for the release of her own records. If you
are and authorization, we will then be able to forward you the complete set
ted at one time. A sample copy of a document containing language that
is enclosed for your convenience.

n and send it to the address listed below:

    Social Security Administration
    Office of the Inspector General
ce of the Chief Counsel to the Inspector General
        ATTN: Peter W. Johnson
        Room 3-ME-1
        6401 Security Boulevard
        Baltimore, MD 21235

rding this request, please call Peter Johnson at

Sincerely,

Peter W. Johnson

Peter W. Johnson
Staff Attorney

Ex. 2

CURITY ADMINISTRATION    BALTIMORE MD 21235-0001

2



SOCIAL SECURITY

ebruary 13, 2006, request for information under the Freedom of
our request states that you want the information that was "withheld"
he Social Security Fraud Investigation and Private
Investigators used in the case against you and your wife (Maria
equently received the written consent of your wife to disclose
.

est under the Privacy Act (5U.S.C. § 552a), the Freedom of
552), and the Internal Revenue Code (IRC) (26 U.S.C. § 6103).

ges of information responsive to your request, of which 234 pages are
have, however, withheld 26 pages and deleted portions of 112 pages
and the pages withheld contain personal information about living
stitute a clearly unwarranted invasion of personal privacy. I have,
disclosure of this information would be a clearly unwarranted
y, and that the information is exempt under the FOIA (5U.S.C. §

overnment to withhold all information about individuals in
es and similar files" when the disclosure of such information "would
anted invasion of personal privacy."

s from mandatory disclosure personal information about living
stitute a clearly unwarranted invasion of personal privacy. We do
mation about living individuals from Social Security records under
request unless disclosure would serve the public interest to a degree
al's right to privacy (5 U.S.C. § 552(b)(6)).

There is no fee for processing this request.

If you disagree with this decision, you may request a review. Mail your appeal within 30 days
after you receive this letter to the Executive Director for the Office of Public Disclosure, Social
Security Administration, 6401 Security Boulevard, Baltimore, Maryland 21235. Mark the
envelope "Freedom of Information Appeal."

Sincerely,

Willie J. Polk
Freedom of Information Officer

Enclosure

Ex. 4

Social Security Administration
Office of the Inspector General

# MEMORANDUM OF INVESTIGATION

| Case Number: | Reporting Office: |
| --- | --- |
| C-98-00227-F | Chicago Field Office |

On Friday, March 20, 1998, I received a message on my voice mail from SA Bryant Penton, Veterans Affairs Administration, who is also conducting an investigation against Vernon Bonner informing me that Vernon and his wife, Maria is expected to come into the Pullman Bank on Monday or Tuesday of the following week.

SA Penton and I waited at the bank but they did not show.

On March 26, 1998, I received a telephone call from Glen Ruff, Sergeant of Security at the Pullman Bank and Trust Company, Chicago, informing me that Vernon Bonner and his wife Maria were in the bank.

I telephoned SA Bryant Penton and asked him to FAX me a copy of the subpoena he needed served on Vernon. SA Penton stated that he would FAX the subpoena and meet me at the bank as soon as possible.

SA Armando Lopez and I arrived at the bank, served the subpoena on Vernon and asked the Bonners to remain there until SA Bryant Penton arrived.

Maria Bonner stated that she and Vernon had been in Mexico for the past six months while she was attending school. She further stated that they had recently returned because they missed their family and to take care of business.

I informed Vernon and Maria that I would be contacting them later with questions regarding their social security benefits.

Upon leaving the bank Glen Ruff informed me that he knew Vernon and Maria Bonner. Mr. Ruff stated that he has worked at Pullman Bank for 25 years and the Bonner's have been regular customer there for many of those years. He would talk to them on most visits. He knew from talking to Maria that she had attended classes at Chicago State University. He further stated that in all the years he has known them he has never noticed any type of disability (physical or mental).

Observations of the Bonners: Very intelligent; cooperative; neat in appearance. There were no visible signs of mental or physical disabilities.

000243

| Special Agent Name and Signature: | Date: |
| --- | --- |
| Moraas F. Williams   *Morris A. Williams* | March 27, 1998 |

This document contains neither recommendations nor conclusions of the IG. It is the property of the IG and is loaned to your agency; it and its contents are not to be distributed outside your agency.

OIG (9/24/96)

TEM

EX. 5

---

Social Security Administration
Office of the Inspector General

# MEMORAND

| Case Number: | Reporting Office: |
| --- | --- |
| C-98-00227-F | Chicago |

On Friday, March 20, 1998, I received a investigation against Vernon Bonner infor Maria is expected to come into the Pullma following week.

SA ▮ and I waited at the bank but

On March 26, 1998, I received a telephone Security at the Pullman Bank and Trust C Vernon Bonner and his wife Maria were in

I telephoned SA ▮ and ask subpoena he needed served on Vernon. S the subpoena and meet me at the b ▮ and asked the Bonners to remain there un

Maria Bonner stated that she and Vernon h months while she was attending school. had recently returned because they misse business.

I informed Vernon and Maria that I wou questions regarding their social security

Upon leaving the bank ▮ informed Bonner. ▮ stated that ▮ has wo and the Bonner's have been regular custo ▮ would talk to them on most visits. she had attended classes at Chicago Sta that in all the years ▮e has known them disability (physical or mental).

Observations of the Bonners: Very i appearance. There were no visible

| Special Agent Name and Signature: | |
| --- | --- |
| ▮▮▮▮ | |

This document contains neither recommendations nor conclusions of th agency; it and its contents are not to be distributed outside your ag

TEM

NUMBER HOLDER SSN: 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

## ARE THERE OTHER ISSUES RELATING TO THIS DETERMINATION?

No.

EXPLAIN:

## CONCLUSION

## THE CLAIMANT IS FOUND TO BE:

Disabled.

## OTHER CONCLUSION

## DISABILITY HEARING OFFICER'S SIGNATURE

*Karen E. Dugas*

## DATE

2/2/00

0000257

EX. 7

---

## ARE THERE OTHER ISSUES RELATING TO THI[S]

No.

EXPLAIN:

## CONCLUSION

## THE CLAIMANT IS FOUND TO BE:

Not disabled, due to fraud.

## OTHER CONCLUSION

This decision reopens and reverses all previous claims disability benefits. This includes the original decisio[n] granted his disability benefits.

## DISABILITY HEARING OFFICER'S SIGNATURE

*Karen E. Dugas*

EX

November 8, 2006

Mr. Willie J. Polk
Mr. Peter W. Johnson
For: Executive Director
of the Office of Public
Disclosure, Social
Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235

Re: S9H: FN0483                "FOIA APPEAL"

Dear Mr. Polk & Mr. Johnson:

Please consider this an "appeal" of no responsive records to my request.
I requested the Official "Chicago Social Security Fraud Investigation"
(CSSFI) report by Special Agent Norene S. Williams, SSA/OIG; File Case No. C-
98-00227-F (Vernon Bonner & Maria Magana-Bonner). I don't agree with you de-
leting portions of 112 pages and withholding 26 pages. The "Bonners" would
like both reports. Agent Williams, SSA/OIG, testified at trial. Ron Carver,
FBI agent also testified at the Bonners trial.

Sincerely,



Vernon Bonner, # 06300027
Dorm 208-103
P.O. Box 1000, FPC
Duluth, MN 55814.1000

Enclosure

"FOIA APPEAL."

Mailed: 11-8-06

Bonner, Vernon
06300027
Dorm 208-103
Federalprisoncamp
P.O. Box 1000
Duluth, MN 55814.1000

Mr. Willie J. Polk
Mr. Peter W. Johnson
For: Executive Director
of the Office of Public
Disclosure, Social
Security Administration
6401 Security Boulevard
BALTIMORE, MARYLAND 21235

Ex. 9

Page 3 of FOIA Request

As pursuant to 5 U.S. § 552(6)(A)(i), this agency has ten working days, not including weekends and legal holidays, to either comply with request and produce the records, or to immediately notify the requestor of the failure by the agency to comply with the request for said record(s). Should "unusual circumstances" arise in complying with this request, as pursuant to 5 U.S. § 552(6)(B), this agency is to notify the requestor of the specific date the record(s) will be dispatched. See Pollack v. Department of Justice, 49 F.3d 115, cert denied, 116 S.Ct. 130, 133 L.Ed. 2d 78.

I respectfully thank you for your assistance in obtaining copies of the records requested.

Vernon Bonner
Requestor Signature
Date:  2-20-06

Mailed:  2-20-06

LEGAL MAIL

Bonner, V. 06300627
Federalprisonercamp
Dorm 208-103
P.O. Box 1000
Duluth, MN 55814, 1000

DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF INSPECTOR GENERAL
Office of Investigation
575 N. Pennsylvania Street
INDIANAPOLIS, INDIANA 46204

EX.10

DVA

3

---

MEMORANDUM

Social Security Administration
Office of the Inspector General

| Case Number: | Reporting Office: | Chicago F... |
|---|---|---|
| C-98-00227-F | | |

On January 5, 1998, SSA/OIG received a compl... Agent, Veterans Administration, Maywood, Il... SA Penton called to inform SSA/OIG that... individual named VERNON BONNER, who is... claiming to be someone else and had a larg... a Post Office Box assigned to him in Gary...

BONNER deposited $15,000 of the VA payme... Pullman Bank on 111's in Chicago. The rem... an account at Seaway Bank in Chicago. SA... he checked BONNER's bank account at Pullma... has two Social Security checks being depo... the amount of $1,003.00 and the other $523...

The reporting agent querried BONNER's ac... that he is currently receiving disabili... $1,003.00 per month for himself and $52... Virginia Bonner.

Several items on the querry appeared quest... in Merrillville, IN with his payee listed... benefits. These benefits are being paid... are being deposited into a bank in Chicag... an address in Chicago and a payee listed... are being deposited into his bank account...

The reporting agent ran a querry on the... (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) and learned that she is... benefits. These benefits are being paid... Even though her address is in San Diego,... into the Pullman Bank in Chicago and he... Castillo. Maria Magana receives $1,108.00... Diego Magana, on the record, who rec... Castillo is also the payee for Diego.... deposited into the Peoples State Bank in M...

Special Agent Name
and Signature:  Norman E. Williams
Norman B. Williams

013 (9/24/96)

This document contains neither recommendations nor conclusions of the agency; it and its contents are not to be distributed outside your age...

000020...

Veterans Affairs

1120 VERMONT AVE., UE, NW
WASHINGTON DC 20421                    (RO COPY)

September 12, 1995

MO 392 W

TREASURY RESPONSE
ENTITLEMENT/NONENTITLEMENT

IN REPLY REFER TO

FILE NUMBER
24-896-511/10
J C KETTL

ANGELITA V KETTLES
RUA PADRE MANUEL
DA NOBREGA 314
APEADOUTO SAO LUIS
MARANHAO 65000
BRAZIL 706

11-06-'95 D

11- 248965    10    A V KETTL

T14

31 OUTSTANDING - COURTESY DISBURSEMENT CHECK

PAYEE NAME  ANGELITA V KETTLES              PAYMENT A
TREAS DATE PROCESSED     11-20-95           CHECK NUM
DATE VA UPDATED          11-28-95           CHECK ISS
                                            CHECK

We amended your Dependency and Indemnity Compensation award as
follows:

| MONTHLY RATE | EFFECTIVE DATE |
|---|---|
| $1680.00 | 1-01-92 |
| $758.00 | 2-01-92 |
| $780.00 | 12-01-92 |
| $1138.00 | 1-01-93 |
| $1238.00 | 10-01-93 |
| $1238.00 | 12-01-93 |
| $1338.00 | 10-01-94 |
| $1363.00 | 12-01-94 |
| $1163.00 | 12-29-05 |
| $963.00 | 6-25-08 |

We included additional benefits for your children. You
must tell us immediately if there is any change in the number
or status of your dependents. Your failure to quickly tell VA
of a dependency change will result in an overpayment which
must be repaid.

We included a cost-of-living increase in this award effective
December 1, 1992.

We included a cost-of-living increase in this award effective
January 1, 1993.

We included a cost-of-living increase in this award effective
October 1, 1993.

We included a cost-of-living increase in this award effective
December 1, 1993.

We included a cost-of-living increase in this award effective
October 1, 1994.

*Ex.12*

*Ex.13*

IMPORTANT  -  SEE REVERSE FOR PROCEDURAL AND APPELLATE RIGHTS
KEEP THIS LETTER FOR FUTURE REFERENCE

Attachment

00032

Mr. Lawrence J. Timko
Director, Operational
Support Division
Department of Veterans
Affairs; Inspector General
Washington DC 20420

Mailed:
10-9-06

Bonner, Vernon
06300 027
Federal Prison Camp
Dom
P.O. Box 1000
Duluth, MN 55814

EX. 14

October 9, 2006

Mr. Laurence J. Timko
Director, Operational
Support Division
Department of Veterans
Affairs; office of
Inspector General
Washington DC 20420

Re: FOIA #2006-01709
Case File # 24-896-

Dear Mr. Timko:

As of this date 10-
received the "Investig
I would like to
status of my request

Sincerely,



**DEPARTMENT OF VETERANS AFFAIRS**
Office of Inspector General
Washington DC 20420

NOV – 8 2006

Mr. Vernon Bonner, #06300027
Federal Prison Camp
POB 1000
Duluth, MN 55814-1000

Dear Mr. Bonner:

This refers to your October 9, 2006, letter, inquiring as to the status of your Freedom of Information Act request, case number 2006-01709-FI-0108.

We have placed your request, and the responsive material in our queue and will process it as soon as possible. We are unable to advise you of an estimated completion date at this time.

Sincerely,

*Shirley J. Landes*

SHIRLEY J. LANDES
Chief, FOIA/PA Section

Ex. 15

---

**DEPARTMENT OF VETERANS AFFAIRS**
Office of Inspector General
Washington DC 20420

APR 17 2006

Mr. Vernon Bonner, #06300027
Federal Prison Camp
Dorm 208-103, POB 000
DuLuth, MN 55814-1000

Dear Mr. Bonner:

This refers to your February 20, 2006, Freedom of Information Act request, received in this office on March 21st. We have referred this matter to our Office of Inspector General investigative file number, and the responsive material has been assigned FOIA case number 2006-01709-FI-0108.

We are attempting to identify the responsive material to your request, and when we are able to do so, we will respond further to your FOIA request. In all future correspondence concerning this matter with this office, please reference your aforementioned FOIA case number.

Sincerely,

*Lawrence J. Timko*

LAWRENCE J. TIMKO
Director, Operational Support Division

Ex. 16

EX. 17

Mailed: 5-07-04

Legal Mail

Office of the Inspector General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Room 4322
WASHINGTON, D.C. 20530

Bonner / 06300 027
FederalPrisonCamp
PO Box 1000
Duluth, MN 55814.1000

Case No. 01-4...

May 7, 2004

Office of the Inspector General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Room 4322
Washington, D.C. 20530
Tel: (202) 616-9698

Re: DISCOVERY; Brady violation, "Chicago Social Security Fraud l
(CSSFF) file; No. 000201 to 000400 pages.

## DECLARATION OF VERNON BONNER

### AFFIDAVIT

1. The AUSA, Mr. Stuart Chanen and Mr. Edmond E. Chang, AUSA, in
placed their personal interest over the interests of the Justice
secretly Hiding (With-Holding) Brady evidence "CSSFF" exculpatory
This file a 200 page document was never given by the Prosecutor's
Mr. Chang to the Bonner's defense Mr. Pemerty and Mr. Edwards; t
the heart of the integrity of the Justice System; Justice delayed
denied.

2. Mr. Chanen, AUSA and Mr. Chang, AUSA have continued in this S
this serious Brady violation and to come forward and notify the U
Court about the Government's Brady violation or notify the Appeal

3. Constitutional duty of Federal Prosecutor to disclose Brady e
accused, 158 A.L.R. Fed. 401.

4. Citizen Protection Act of 1998, Title 28 U.S.C. § 350:

Title II of this act, makes it criminal, punishable conduct for a
of Justice Employee to: * impede a defendant rights to DISCOVERY

See attach.

Please investigate this complaint for me.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under p
jury that the foregoing is true and correct to the best of my kno

Executed on this 7 day of May 2004, in Duluth, Minnesota.

Vernon Bonner
# 06300 027
PO Box 1000, FPC
Duluth, MN 55814

Page 3 of FOIA Request

As pursuant to 5 U.S. § 552(6)(A)(i), this agency has ten working days, not including weekends and legal holidays, to either comply with request and produce the records, or to immediately notify the requestor of the failure by the agency to comply with the request for said record(s). Should "unusual circumstances" arise in complying with this request, as pursuant to 5 U.S. § 552(6)(B), this agency is to notify the requestor as of the specific date the record(s) will be dispatched. See Pollack v. Department of Justice, 49 F.3d 115, cert denied, 116 S.Ct. 130, 133 L.Ed. 2d 78.

I respectfully thank you for your assistance in obtaining copies of the records requested.

Vernon Bonner
Requestor Signature
Dated: 2-20-06

SA

Ex. 18

LEGAL MAIL

Mailed: 2-20-06

UNITED STATES ATTORNEY
5400 Federal Plaza, 1500
HAMMOND, INDIANA 46320

Bonner,V, 06300027
Federalprisoncamp
Dorm 208-103
P.O. Box 1000
Duluth, MN 55814,1000



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757 Fax 202-616-6478

JUN 13 2006

Request Number: 06-1704 _____ Date of...

Requester: Vernon Bonner

Subject: Self (specific records)

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. **Please give us this number if you write about your request.** If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. **Please do not send any payment at this time!** If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

[signature] William G. Stewart II

William G. Stewart II
Acting Assistant Director

Form No. 001-6/05

Ex. 19

---

U.S...

Request Number: 06-1704 _____ Date of...

Requester: Vernon Bonner

Subject: Self (specific records)/JNN

Dear Requester:

In response to your Freedom of Information Ac...
paragraph(s) checked below apply:

1. [ ] A search for records located in EOUSA - ...
   responsive records regarding the above subject

2. [X] A search for records located in the United Stat...
   **District of Indiana** has revealed no responsive record...
   **Additionally, there are no private investigators.**

3. [ ] After an extensive search, the records which yo...

4. [ ] Your records have been destroyed pursuant to ...

5. [ ] Please note that a search for records, depending on the nature of what you...
   Request Number (listed below), for which you...
   response: _____

This is the final action on this above-numbered...
this request by writing within 60 days from the date o...
**Privacy, United States Department of Justice, 1425...**
**Washington, D.C. 20530-0001.** Both the letter and...
If you are dissatisfied with the results of any such ad...
thereafter be available in U.S. District Court, 28 C.F.

Enclosure(s)

Ex. 2

October 23, 2003

William G. Stewart II
U.S. Department of Justice
Executive Office for United States Attorney
Freedom of Information/Privacy Act Staff
600 E. Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757 Fax 202-616-6478

RE: Request # 06-1704.                    "FOIA Appeal"

Dear Mr. Stewart II:

Please consider this an Appeal of no responsive records to my request.

Please be advise that I currently possess 'Bate Stamps' portions of the do-
cuments requested. See Attached letter & envelope (Dated 10-20-06 Envelope).

Sincerely,

Vernon Bonner, # 06300027
Dorm 208-103
P.O. Box 1000; FPC
Duluth, MN 55814.1000

CC: File Copy

EX. 21

Bonner, Vernon
06300027
Dorm 208-103
Federalprisoncamp
P.O. Box 1000
DuLuth, MN 55814.1000

Office of Information
and Privacy; United States
Department of Justice
1425 New York Avenue
Suite 11050
Washington, D.C. 20530-0001

Mailed:

10-23-06
"FOIA Appeal"

---

Bonner, Vernon
06300027
Dorm 208-103
Federalprisoncamp
P.O. Box 1000
DuLuth, MN 55814.1000

William G. Stewart II
U.S. Department of Justice
Executive Office for U.S. Attorney
Freedom of Information P.A. Staff

600 E. Street, N.W., Room 7300
WASHINGTON, D.C.   20530

Mailed:

10-23-06
"FOIA Appeal"

Ex. 22

55814*1000 B001

Legal Mail – Open Only In Presence Of Inmate

Vernon Bonner
#06300-027
FPC, P.O. Box 1100
Duluth, MN 55814-1000

DATE/TIME RECEIVED OCT 30, 2006 1250
DATE/TIME DELIVERED 10/30 1255
STAFF SIGNATURE

US OFFICIAL MAIL
$300 Penalty
For Private Use
Mailed From
10/16/2006
$00.—
US POST
016H66C

U.S. DEPARTMENT OF JUSTICE
EOUSA/FOIA/PA UNIT
BICN BLDG, RM, 7300
600 E ST., N. W.
WASHINGTON, DC 20530.



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 616-6757  Fax: 616-6478  (www.usdoj.gov/eousa/)*

Requester:  Vernon Bonner

Request Number: 06-4052            Date of Receipt:  December 28, 2006

Subject of Request:  AUSA's Chaten, Chang (investigation)

                                                    DEC  2 8 2006

Dear Requester:

    The Executive Office for United States Attorneys has received your Freedom of
Information Act request and assigned the above number to the request.

    You have requested records concerning a third party (or third parties).  Records
pertaining to a third party generally cannot be released absent express authorization and consent
of the third party, proof that the subject of your request is deceased, or a clear demonstration that
the public interest in disclosure outweighs the personal privacy interest and that significant
public benefit would result from the disclosure of the requested records.  Since you have not
furnished a release, death certificate, or public justification for release, the release of records
concerning a third party would result in an unwarranted invasion of personal privacy and would
be in violation of the Privacy Act, 5 U.S.C.§ 552a.  These records are also generally exempt
from disclosure pursuant to sections (b)(6) and (b)(7)(C) of the Freedom of Information Act, 5
U.S.C. § 552.

    We will release, if requested, any public records maintained in our files, such as court
records and news clippings, without the express of authorization of the third party, a death
certificate, or public justification for release.  If you desire to obtain public records, if public
records exist in our files, please submit a new request for public documents.

    Should you obtain the written authorization and consent of the third party for release of
the records please submit a new request for the documents accompanied by the written
authorization.  A form is enclosed to assist you in providing us the authorization and consent of
the subject of your request.  The authorization must be notarized or signed under penalty of
perjury pursuant to 18 U.S.C. § 1001.  Please send your new request to the address above.

[  ]  Please note that your original letter was split into separate files ("requests"), for
processing purposes, based on the nature of what of what you sought.  Each file will have a
separate Request Number (listed below), for which you will receive a separate response:
**NOT SPLIT**

    This is our final action on this above-numbered
this matter by writing within 60 days from the date of t
and Privacy, Department of Justice, 1425 New York
D.C. 20530-0001.  Both the envelope and the letter of
Appeal."  If you are dissatisfied with the results of any
review may thereafter be available in U.S. District Cou

Enclosure

                                    *Ex. 23*

(Page 1 of 2)
Form No. 000-206



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

November 28, 2006

MR. VERNON BONNER
FEG-356027
POSM 208-103
POST OFFICE BOX 1000
DULUTH, MN 55814 1000

Subject: BONNER, VERNON

FOIPA No. 1044401

Dear Mr. Bonner:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5,
United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure,
with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was
inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked
below and explained on the enclosed Form OPCA-16a:

**Section 552**

| | |
|---|---|
| □(b)(1) | □(b)(7)(A) |
| ☒(b)(2) | □(b)(7)(B) |
| □(b)(3) | ☒(b)(7)(C) |
| _____ | □(b)(7)(D) |
| _____ | ☒(b)(7)(E) |
| _____ | □(b)(7)(F) |
| □(b)(4) | □(b)(8) |
| □(b)(5) | □(b)(9) |
| □(b)(6) | |

**Section 552a**

| |
|---|
| □(d)(5) |
| □(j)(2) |
| □(k)(1) |
| □(k)(2) |
| □(k)(3) |
| □(k)(4) |
| □(k)(5) |
| □(k)(6) |
| □(k)(7) |

**109** pages were reviewed and **105** pages are being released.

□ Document(s) were located which originated with, or contained information concerning other
Government agency(ies) [OGA]. This information has been:

□ referred to the OGA for review and direct response to you.

□ referred to the OGA for consultation. The FBI will correspond with you regarding this
information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in
writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, 1425
New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the
date of this letter. The envelope and the letter should be clearly marked "Freedom of Information
Appeal" or "Information Appeal". Please cite the FOIPA number assigned to your request so that it
may be easily identified.

☒ See additional information which follows.

□ The enclosed material is from the main investigativ[...]
the focus of the investigation. Our search located add[...]
individuals, matters, which may or may not be abou[...]
when identif[...] references usually contain information sim[...]
Because of our significant backlog, we have given pri[...]
If you want the references, you must submit a separa[...]
reviewed at a later date, as time and resources permit[...]

**Enclosure(s)**

Enclosed is an excised copy of Chicago file 46-CG-1[...]
Information/ Privacy Acts request.

Enclosed are 100 free pages from the file responsi[...]
pages remaining to be processed in this file. If you wish to receive[...]
**$200.00** by money order, payable to the FBI.

Sincerely[...]

David M[...]
Section [...]
Recordi[...]
Dissemi[...]
Records [...]

*Ex. 24*

Social Security Administration
Office of the Inspector General

# MEMORANDUM OF INVESTIGATION

| Case Number: C-98-00227-F | Reporting Office: Chicago Field Office |

List of similarities in the above disability cases.

VERNON BONNER,    SSN: 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
Maria E. Magana,  SSN: 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
Joseph Cadney,    SSN: 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
Darlene Cadney,   SSN: 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

Payee: Maria Bonner
       aka: Maria Magana

VERNON BONNER -   child: VIRGINIA BONNER, DOB: 06/20/89, POB: MX
DOE: 04/84-MBA: $1,003      DOE: 05/91-MBA: $523.00
                            Parents: Virginia M. Loza
                                     Vernon Bonner
                            Payee: *Hilda Castillo

VIRGINIA BONNER benefits are direct deposited into a checking account at
PULLMAN BANK in Chicago. Mailing address: Merrillville, IN.

VERNON BONNER benefits are direct deposited into a savings account at
PULLMAN BANK in Chicago. Mailing address: 8425 S. Seeley Ave., Chicago,
IL.

MARIA MAGANA -     child: DIEGO MAGANA, DOB: 09/0?/90, POB: GT FCI
aka: Maria Bonner             DOE: 09/91-MBA: $575
DOE: 10/86-MBA: $1,108        Parents: Maria Magana
Parents: Elena Loza                    Diego Lopez
         Filemon Magana

Payee: *Hilda Castillo        Payee: *Hilda Castillo

MARIA MAGANA benefits are direct deposited into a savings account at
PULLMAN BANK in Chicago. Mailing address: San Diego, CA.

DIEGO MAGANA benefits are direct deposited into a checking account at
PEOPLES STATE BANK in Michigan. Mailing address: San Diego, CA.

*Sister of Maria Magana

| Special Agent Name: Morsan S. Williams | |
| And Signature: | Date: February 10, 1998 |

This document contains neither recommendations nor conclusions of the IG. It is the property of the IG and is loaned to your
agency; it and its contents are not to be distributed outside your agency

Ex. 25

---

Social Security Administration
Office of the Inspector General

# MEMORANDUM

| Case Number: C-98-00227-F | Reporting Office: Chicago Fie... |

Vernon Bonner,    SSN: 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

List of similarities in the above disabili...

VERNON BONNER -
DOE:

VERNON BONNER benefits are direct deposite...
PULLMAN BANK in Chicago. Mailing address: Me...

*Sister of

| Special Agent Name: | |
| and Signature: | |

This document contains neither recommendations nor conclusions of the IG
agency; it and its contents are not to be distributed outside your agency

Ex. 26

Page 2

DATE: Jan. 4, 2007

## APPEAL OF DENIAL OF F.O.I.A./PA REQUEST

NAME, LAST, FIRST, MIDDLE   Bonner, Vernon, R.

INMATE NUMBER:   06300027

ADDRESS: DORM 208   ROOM 103   P.O. BOX 1000, DULUTH, MN 55814

ORIGINAL REQUEST: Feb. 20, 2006; 06-1704/06-4052

AGENCY DENIAL   Dec. 28, 2006 & Oct. 16, 2006

Dear Sir:

On 12-08-06,11-23 & 2-20-06, I made a request for materials pursuant to the FOIA/PA. The FOIA/PA provides that an initial determination must be made within ten working days, 5 U.S.C. Section 552 (a)(6)(B). Since there has been no request for an extension of this ten day period requirements, your action (or non-action) will be treated as a denial, and this letter constitutes a formal appeal from that denial.

Please construe this correspondence as an appeal from an agency denial of my recent FOIA/PA request pursuant to 5 U.S.C. Section 552.

I demand a complete list of documents covered by the request, and a specific indication of what material (s) is (are) being withheld, and what exemptions are being claimed:

"The objective of the Vaughn requirements, to permit the requesting party to present its case effectively is equally applicable to proceedings within this agency."

Requester realizes there is no cl[...] for such itemization at the admini[...] courts now uniformly require such [...] Vaughn II, requester should be pr[...] avoid costly litigation. Vaughn v.[...] Cir. 1973); cert. denied, 415 US 9[...] 523 F.2d. 1136 (D.C. Cir. 1975).

NOTE: I would like a REPLY within ten (1[...]

Under the terms of the FOIA/PA app[...] response from your agency within t[...] (a)(6)(A)(ii). Since your agency h[...] working days, no extensions are a[...] (a)(6)(B).

Under penalty of perjury, 28 USCA Sec[...]

Respectfully [...]

Vernon Ralph B[...]
Dated: 1-04-0[...]

EX. 27



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*December 20, 2006*

MR. VERNON BONNER
DORM 208-103
FEDERAL PRISON CAMP
POST OFFICE BOX 1000
DULUTH, MN 55814

Request No: 1065488- 000
Subject: BONNER, VERNON

Dear Requester:

☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

*Ex. 28*

---



*Telephone: (202) 514-3642*

Mr. Vernon Bonner
Register No. 06300-027
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814-1000

Re:  Request No. 1044401

Dear Mr. Bonner:

This is to advise you that your administrative a[...]
Bureau of Investigation was received by this Office on [...]

The Office of Information and Privacy, which [...]
appeals, has a substantial backlog of pending appeals [...]
afford each appellant equal and impartial treatment, w[...]
assigning appeals in the approximate order of receipt. [...]
07-0535.  Please mention this number in any future co[...]
matter.

We will notify you of the decision on your ap[...]
necessity of this delay and appreciate your continued [...]

*Ex. 29*

Bonner, Vernon
06300027
Dorm 208-103
Federalprisoncamp
P.O. Box 1000
Duluth, MN 55814.1000

FOIA APPEAL

Mailed: 1-04-07

Ex. 30

OFFICE OF INFORMATION and
PRIVACY, DEPARTMENT OF JUSTICE
1425 New York Avenue, Suite 11050
WASHINGTON, D.C.  20530-0001

Ex.31

000204

# Chicago Social Security
## Fraud Investigation