UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON BONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2051 (EGS) |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### DEFENDANTS' PROPOSED BRIEFING SCHEDULE

Defendants, through undersigned counsel, submit the following in response to this Court's Minute Order dated June 29, 2007, directing that defendants shall submit a proposed dispositive motion briefing schedule by July 13, 2007.

This is a case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, Plaintiff filed his complaint on November 30, 2006, naming as defendants the Social Security Administration, the Department of Veterans Affairs, and components of the Department of Justice. The United States Attorney's Office was served on or around December 13, 2007. Defendants answered on February 22, 2007. On May 17, 2007, the Court granted plaintiff's request to amend the complaint to add the Department of State as a defendant.

In response to the Court's Minute Order, defendants propose the following schedule:

Defendants' dispositive motion in this case shall be filed on or before August 13, 2007;

Plaintiff's opposition thereto shall be filed on or before September 10, 2007;

Defendants' reply, if any, shall be filed on or before September 24, 2007.

WHEREFORE, defendants respectfully request that the Court adopt the above proposed briefing schedule to govern further proceedings in this case.

                Respectfully submitted,

                /s/
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney
                /s/

                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                /s/
                MADELYN E. JOHNSON, DC Bar #292318
                Assistant United States Attorney
                U.S. Attorney's Office, Rm E4114
                555 4th Street, N.W.
                Washington, D.C. 20530
                *(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on July 13, 2007, plaintiff was served with a copy of the foregoing Proposed Briefing Schedule via first-class mail postage prepaid and addressed:

Vernon Bonner
#06300-027
P.O. Box 1000
Duluth, MN  55814

```
            /s/
_____  _____
```
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135