UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON BONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2051 (EGS) |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

*DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME*

Defendants, through undersigned counsel, respectfully move for a brief enlargement of time, to and including August 20, 2007, within which to file defendants' motion for summary judgment in the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. In support of this motion, defendants state the following:

This FOIA case involves records plaintiff requested from several agencies. The Court has established a schedule providing that defendants' motion for summary judgment shall be due on August 13, 2007; Plaintiff's opposition is due on September 10, 2007; and defendants' reply is due on September 24, 2007. Defendants' motion is substantially completed. However, this enlargement is necessary because undersigned counsel has not received all of the declarations, from the various agency defendants, necessary to finalize and file the motion. Rather than present the motion in piecemeal

fashion, defendants move for this brief enlargement of one week to complete one comprehensive motion.

Defendants request that the briefing schedule be modified as follows: Defendants' motion shall be due on August 20, 2007; Plaintiff's opposition shall be due on September 17, 2007; Defendants' reply shall continue to be due on September 24, 2007.  Under this proposed schedule, plaintiff will still have the same interval of time to respond to defendants' motion, and briefing on the motion will still be completed on the original date ordered by the Court as defendants' reply will continue to be due on September 24, 2007.

Counsel for defendants has not consulted with plaintiff regarding the relief sought herein because he is incarcerated and proceeding pro se.

A proposed order granting the relief requested accompanies this motion.

WHEREFORE, Defendants respectfully request that this motion be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney
/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on August 13, 2007, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Vernon Bonner
#06300-027
P.O. Box 1000
Duluth, MN   55814

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON BONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  06-2051 (EGS) |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
|  et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

P R O P O S E D    O R D E R

UPON CONSIDERATION of defendant's motion for enlargement of time, any response thereto, and the record in this case and for good cause shown, it is this _____ day of _____, 2007

ORDERED that the motion should be, and hereby is, GRANTED, and it is further

ORDERED that the defendants shall have to and including August 20, 2007 within which to file their motion for summary judgement; plaintiff shall have to and including September 17, 2007 within which to file any opposition thereto; and defendants shall have to and including September 24, 2007 within which to file any reply.

_____
UNITED STATES DISTRICT JUDGE