UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
VERNON BONNER,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )    Civil Action No.  06-2051 (EGS)
                                        )
SOCIAL SECURITY ADMINISTRATION,         )
  et al.,                               )
                                        )
            Defendants.                 )
_____ )
```

*DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME*

Defendants, through undersigned counsel, respectfully move for a further, four-day enlargement of time, to and including August 24, 2007, within which to file defendants' motion for summary judgment in the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.  In support of this motion, defendants state the following:

This FOIA case involves records plaintiff requested from several agencies, including the Veteran's Administration, the Executive Office for U.S. Attorneys, the Federal Bureau of Investigation and the Department of State.  The Court has established a schedule for summary judgment motions by which defendants' opening motion would have been due on August 13, 2997.  Defendants moved to enlarge that date to and including August 20, 2007.

Defendants require a further, brief enlargement within which to submit their dispositive motion. Defendants' motion is substantially completed. However, this enlargement is necessary because undersigned counsel has not received all of the declarations and exhibits in sufficient time to incorporate the information into the moving papers. Rather than present the motion in piecemeal fashion, defendants move for this further brief enlargement to complete one comprehensive motion. This is also in light of the press of other demands on the undersigned counsel, who has been working on several other district court cases and filings that are coming due.

Granting this motion will cause the current briefing schedule to have to be adjusted. Accordingly, defendants request that the briefing schedule be modified as follows: Defendants' motion shall be due on August 24, 2007; Plaintiff's opposition shall be due on September 24, 2007; Defendants' reply shall be due on or before October 12, 2007.

Counsel for defendants has not consulted with plaintiff regarding the relief sought herein because he is incarcerated and proceeding pro se.

A proposed order granting the relief requested accompanies this motion.

WHEREFORE, Defendants respectfully request that this motion be granted.

    Respectfully submitted,

    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney
    /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on August 20, 2007, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Vernon Bonner
#06300-027
P.O. Box 1000
Duluth, MN   55814

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON BONNER, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>SOCIAL SECURITY ADMINISTRATION, )<br>  et al., )<br>)<br>    Defendants. )<br>_____) | Civil Action No.  06-2051 (EGS) |

### P R O P O S E D   O R D E R

UPON CONSIDERATION of defendant's motion for enlargement of time, any response thereto, and the record in this case and for good cause shown, it is this _____ day of _____, 2007

ORDERED that the motion should be, and hereby is, GRANTED, and it is further

ORDERED that the defendants shall have to and including August 24, 2007 within which to file their motion for summary judgement; plaintiff shall have to and including September 24, 2007 within which to file any opposition thereto; and defendants shall have to and including October 12, 2007 within which to file any reply.

_____
UNITED STATES DISTRICT JUDGE