*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| *VERNON BONNER,* ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| *v.* ) | *Civil Action No. 06-2051 (EGS)* |
| ) | |
| *SOCIAL SECURITY ADMINISTRATION,* ) | |
|   *et al.,* ) | |
| ) | |
| *Defendants.* ) | |
| _____) | |

*DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME*

Defendants, through undersigned counsel, respectfully move for a further enlargement of time of four business days, to and including September 7, 2007, within which to file defendants' motion for summary judgment in the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. In support of this motion, defendants state the following:

This FOIA case involves records plaintiff requested from several agencies, including the Veteran's Administration, the Executive Office for U.S. Attorneys, the Federal Bureau of Investigation, the Social Security Administration and the Department of State. The Court has established a schedule for summary judgment motions by which defendants' opening motion would have been due on August 13, 2997. By motion, defendant sought enlargement of the time until today, August 30, 2007. Defendants move

to enlarge that date to and including September 7, 2007, and to adjust the briefing schedule accordingly.

Defendants require a further enlargement of four business days within which to submit their dispositive motion. Undersigned counsel for defendants has been working on the motion and it is substantially completed but sought an enlargement until today in order to confer with agency personnel regarding one of the declarations from one of the multiple agencies involved in this case. That process took longer than anticipated. Rather than present the motion in piecemeal fashion, defendants move for this further brief enlargement to complete one comprehensive motion.

Moreover, undersigned counsel has had a number of other matters, some of which were unexpected, consume the time that she expected to be able to focus on this case. Counsel will be out of town from August 31, 2007 to September 3, 2007 and thus, has had to work on other filings due immediately after her return to the Office on September 4, 2007.

Granting this motion will cause the current briefing schedule to have to be adjusted. Accordingly, defendants request that the briefing schedule be modified as follows: Defendants' motion shall be due on September 7, 2007; Plaintiff's opposition shall be due on October 5, 2007; Defendants' reply shall be due on or before October 19, 2007.

Counsel for defendants has not consulted with plaintiff regarding the relief sought herein because he is incarcerated and proceeding pro se.

WHEREFORE, Defendants respectfully request that this motion be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on August 30, 2007, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Vernon Bonner
#06300-027
P.O. Box 1000
Duluth, MN   55814

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135