UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON BONNER, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>SOCIAL SECURITY ADMINISTRATION, )<br>  et al., )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No.  06-2051 (EGS) |

*DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME*

Defendants, through undersigned counsel, respectfully move for a further enlargement of time of two business days, to and including September 11, 2007, within which to file defendants' motion for summary judgment in the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.  In support of this motion, defendants state the following:

This FOIA case involves records plaintiff requested from several agencies, including the Veteran's Administration, the Executive Office for U.S. Attorneys, the Federal Bureau of Investigation, the Social Security Administration and the Department of State.  The Court has established a schedule for summary judgment motions by which defendants' opening motion would have been due on September 7, 2007.  By motion, defendant sought enlargement of the time until today, September 7, 2007.  Defendants

move to enlarge that date to and including September 11, 2007, and to adjust the briefing schedule accordingly.

Defendants require a further enlargement of two business days within which to submit their dispositive motion. The undersigned counsel had an opposition to a dispositive motion and an opposition to a motion for permissive joinder due Tuesday, September 4, 2007. Additionally, the undersigned counsel has a renewed motion for summary judgment, and a supplemental filing in support of judgment due Monday, September 10, 2007. Furthermore, undersigned counsel is the supervisory reviewer on a number of cases that had significant filings due that required time for substantive review and discussions. Hence, despite best efforts, undersigned counsel was not able to complete the filing and will need to and including Tuesday, September 11, 2007, within which to do so.

Granting this motion will cause the current briefing schedule to have to be adjusted. Accordingly, defendants request that the briefing schedule be modified as follows: Defendants' motion shall be due on September 11, 2007; Plaintiff's opposition shall be due on October 10, 2007; Defendants' reply shall be due on or before October 23, 2007.

Counsel for defendants has not consulted with plaintiff regarding the relief sought herein because he is incarcerated and proceeding pro se.

WHEREFORE, Defendants respectfully request that this motion be granted.

      Respectfully submitted,

       /s/
      JEFFREY A. TAYLOR, D.C. BAR # 498610
      United States Attorney
       /s/
      RUDOLPH CONTRERAS, D.C. BAR # 434122
      Assistant United States Attorney

        /s/
      MADELYN E. JOHNSON, DC Bar #292318
      Assistant United States Attorney
      U.S. Attorney's Office, Rm  E4114
      555 4th Street, N.W.
      Washington, D.C.  20530
      *(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on September 7, 2007, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Vernon Bonner
#06300-027
P.O. Box 1000
Duluth, MN   55814

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.   20530
(202) 514-7135

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON BONNER, )<br>)<br>     Plaintiff, )<br>)<br>     v. )<br>)<br>SOCIAL SECURITY ADMINISTRATION, )<br> et al., )<br>)<br>     Defendants. )<br>_____) | Civil Action No. 06-2051 (EGS) |

*DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME*

Defendants, through undersigned counsel, respectfully move for a further enlargement of time of two business days, to and including September 11, 2007, within which to file defendants' motion for summary judgment in the above-captioned case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. In support of this motion, defendants state the following:

This FOIA case involves records plaintiff requested from several agencies, including the Veteran's Administration, the Executive Office for U.S. Attorneys, the Federal Bureau of Investigation, the Social Security Administration and the Department of State. The Court has established a schedule for summary judgment motions by which defendants' opening motion would have been due on September 7, 2007. By motion, defendant sought enlargement of the time until today, September 7, 2007. Defendants

move to enlarge that date to and including September 11, 2007, and to adjust the briefing schedule accordingly.

Defendants require a further enlargement of two business days within which to submit their dispositive motion. The undersigned counsel had an opposition to a dispositive motion and an opposition to a motion for permissive joinder due Tuesday, September 4, 2007. Additionally, the undersigned counsel has a renewed motion for summary judgment, and a supplemental filing in support of judgment due Monday, September 10, 2007. Furthermore, undersigned counsel is the supervisory reviewer on a number of cases that had significant filings due that required time for substantive review and discussions. Hence, despite best efforts, undersigned counsel was not able to complete the filing and will need to and including Tuesday, September 11, 2007, within which to do so.

Granting this motion will cause the current briefing schedule to have to be adjusted. Accordingly, defendants request that the briefing schedule be modified as follows: Defendants' motion shall be due on September 11, 2007; Plaintiff's opposition shall be due on October 10, 2007; Defendants' reply shall be due on or before October 23, 2007.

Counsel for defendants has not consulted with plaintiff regarding the relief sought herein because he is incarcerated and proceeding pro se.

WHEREFORE, Defendants respectfully request that this motion be granted.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney
        /s/
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney


        /s/
        MADELYN E. JOHNSON, DC Bar #292318
        Assistant United States Attorney
        U.S. Attorney's Office, Rm  E4114
        555 4th Street, N.W.
        Washington, D.C.  20530
        *(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on September 7, 2007, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Vernon Bonner
#06300-027
P.O. Box 1000
Duluth, MN   55814

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.   20530
(202) 514-7135