RECEIVED
JUL - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MR. VERNON BONNER, )
    PLAINTIFF, )
     )
VS. )
     )  CIVIL ACTION # 06 - 2051  (EGS)
SOCIAL SECURITY ADMINISTRATION et al., )
    DEFENDANTS. )
     )

**MOTION FOR CHANGE OF ADDRESS**

    Plaintiff, Mr. Vernon Bonner, Pro Se now comes before this Court in the above Matter requesting an address change:

1. New Address:  Mr. Vernon Bonner
                 5072 Carolina Street
                 Gary, Indiana  46409 2832
                 Tel:  (219) 980-2163

2. Old Address:  P.O. Box 1000
                 DuLuth, MN 55814

    Mr. Bonner is requesting that the Court and the Government allow this New Address change.

                                      Respectfully submitted,
                                      Vernon Bonner, Pro Se
Dated:  July 1, 2008            # 06300 027

**CERTIFICATE OF SERVICE**

    I, CERTIFY that Defendants was served with a copy of the foregoing Notice of Filing, via first-class mail postage and Address:  Madelyn E. Johnson, AUSA 555 4th Street, NW., Rm. E4114, Washington, D.C. 20530.

Dated:  July 1, 2008            Vernon Bonner, Pro Se
                                      5072 Carolina St.
                                      Gary, IN 46409-2832